UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

**Order Filed on July 26, 2017 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Edward L. Small

Case No.: 17-12479 JNP

Chapter: 13

Hearing Date:

Judge: Jerrold N. Poslusny

[Amended]   **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: July 26, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esquire_____, the applicant, is allowed a fee of $ _____900_____ for services rendered and expenses in the amount of $_____ for a total of $_____900_____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____$748_____ per month for _55 more_ months to allow for payment of the aforesaid fee.

```
[***$500 of this fee was taken into consideration with the confirmed plan
figures that was confirmed on June 9, 2017. Therefore, the remaining $400
only impacts the plan.***]
```