UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on June 22, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re: Edward L. Small

Case Number: 17-12479 JNP

Hearing Date:

Judge: Jerrold N. Poslusny

AMENDED **ORDER GRANTING APPLICATION TO AUTHORIZE LOAN MODIFICATION
AND FOR OTHER RELIEF**

The relief set forth on the following page two (2) is hereby **ORDERED**.

DATED: June 22, 2018

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Edward L. Small
Case No.:   17-12479 JNP
Caption of Order: AMENDED ORDER GRANTING APPLICATION TO AUTHORIZE LOAN

MODIFICATION

1.  That Edward L. Small is hereby authorized to enter into and consummate a loan modification with Midland Mortgage -A division of Midfirst Bank pursuant to the terms and conditions of the annexed loan modification agreement, relating to real property located at 7 Foxwood Court, Sicklerville, NJ 08081.

2.  That Edward L. Small and/or Midland Mortgage -A division of Midfirst Bank are authorized to enter and consummate any transaction necessary and incident to the modification of the loan relating to this property, the sole exception being the transfer of the property or an interest in the property by the Debtor to someone else.

    a.  Limited Stay Relief is Granted to allow Midland Mortgage -A division of Midfirst Bank to negotiate any such agreement with Edward L. Small or counsel, enter into and sign a loan modification agreement, and record any documents with the appropriate Recorders office.

3.  That Edward L. Small and/or Midland Mortgage -A division of Midfirst Bank are authorized to negotiate and prepare the terms or documents relating to a loan modification, or any necessary transaction incident to a loan modification agreement, such as, but not limited to the circumstances described above, with respect to this property and any such negotiation and/or preparation of documents and/or recording of documents, by the parties shall not be considered to be a violation of the automatic stay and are specifically authorized by the Court.

4.  Midland Mortgage -A division of Midfirst Bank shall amend its Proof of Claim to $0 or the amount paid to date within 30 days of the date of this Order;

5.  Edward L. Small shall be excused from filing an amended Schedule J and modified plan as his confirmed plan already proposes to pay 100% to all unsecured creditors and anticipated mortgage arrears to be paid by way of loan modification.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-12479-JNP
Edward L. Small                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1           Date Rcvd: Jun 22, 2018
                              Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
db             +Edward L. Small,   7 Foxwood Court,   Sicklerville, NJ 08081-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Joseph J. Rogers    on behalf of Debtor Edward L. Small jjresq@comcast.net,   jjresq1@comcast.net
          Kevin Gordon McDonald    on behalf of Creditor   MIDFIRST BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 7