Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−12479−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Edward L. Small
    7 Foxwood Court
    Sicklerville, NJ 08081

Social Security No.:
    xxx−xx−9605

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                        February 9, 2021
Time:                        11:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*62* – Certification in Opposition to Certification of default midfirst bank (related document:61 Creditor's Certification of Default (related document:45 Motion for Relief from Stay re: 7 Foxwood Court, Sicklerville NJ 08081. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 48 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 01/12/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by MIDFIRST BANK) filed by Joseph J. Rogers on behalf of Edward L. Small. (Rogers, Joseph) Modified on 1/13/2021 TO CLARIFY TEXT. (jpl).

and transact such other business as may properly come before the meeting.

Dated: January 13, 2021
JAN: jpl

                                                    Jeanne Naughton
                                                    Clerk