Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−12479−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward L. Small
   7 Foxwood Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−9605

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 9/7/21 at 11:00 AM

to consider and act upon the following:

*81* − Certification in Opposition to (related document:80 Creditor's Certification of Default (related document:45 Motion for Relief from Stay re: 7 Foxwood Court, Sicklerville NJ 08081. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 72 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 78 Order (Generic)) filed by Rebecca Ann Solarz on behalf of MidFirst Bank. Objection deadline is 08/13/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Joseph J. Rogers on behalf of Edward L. Small. (Rogers, Joseph)

Dated: 8/13/21

                                                                Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court