| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | **Order Filed on September 21, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    Edward L. Small<br><br>Debtor. | Case No.: 17-12479 JNP<br><br>Adv. No.:<br><br>Hearing Date: 9/7/2021 @ 9:00 a.m..<br><br>Judge: Jerrold N. Poslusny Jr. |

## ORDER GRANTING RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 21, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   Edward L. Small
Case No:  17-12479 JNP
Caption of Order:  ORDER GRANTING RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon appearing, upon a certification of default as to real property located at 7 Foxwood Court, Gloucester TWP NJ 08081, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joseph J. Rogers, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that stay relief is granted for Secured Creditor to proceed with its rights in State Court, in a foreclosure or similar proceeding, up to the point of judgment; and

It is further **ORDERED, ADJUDGED and DECREED** before filing a motion, application, or request for the entry of judgment in a State Court Foreclosure or related proceeding, Secured Creditor shall seek further relief from this Court if the case has not been dismissed, discharged, or closed; and